**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

David Carmichael, Respondent,

v.

State of South Carolina, Petitioner.

Appellate Case No. 2015-000424

---

**ON WRIT OF CERTIORARI**

---

Appeal From Richland County
The Honorable Robert E. Hood, Circuit Court Judge

---

Memorandum Opinion No. 2018-MO-008
Submitted February 15, 2018 – Filed February 28, 2018

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Attorney General Alan McCrory Wilson and Assistant Attorney General James Clayton Mitchell, III, of Columbia, for Petitioner.

Chief Appellate Defender Robert Michael Dudek, of Columbia, for Respondent.

---

**PER CURIAM:** We granted a writ of certiorari to review the Post-Conviction Relief (PCR) court's decision to grant David Carmichael's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**.

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ.**